IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR148 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY EXHIBITS** |
| vs. | ) | |
| JOSHUA J. O'NEIL, | ) | |
| Defendant. | ) | |

Counsel for the defendant, Joshua J. O'Neil, notified the court on February 4, 2016 that they wish the following exhibits held by the court in this matter to be destroyed.

<span style="color:blue">Defendant's Exhibits     Dispositional Hearing     11/30/2012</span>

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: February 4, 2016

BY THE COURT

s/ Laurie Smith Camp
Chief, U.S District Court Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15